ORIGINAL

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF HAWAII

CR 03-0299
824760

| UNITED STATES OF AMERICA vs. | Violation Notice Number(s) | Violation Date(s) |
|---|---|---|
| | A1081377    H11 | 03/05/2003 |
| GORDON, SAMUEL T<br>1745C GARDENIA LP<br>HONOLULU, HI 96818 | DUI, .08 OR MORE | |

*Defendant.*

**MANDATORY APPEARANCE REQUIRED.**

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 02 2008
SUE BEITIA, CLERK

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

• Collateral in the Amount of $ __**NONE**__ may be Forfeited in Lieu of Appearance.

BAIL FIXED AT $100.00 UNSECURED.

WALTER A. Y. H. CHINN, CLERK
By: _____, Deputy

Date **11/25/03**

United States Magistrate Judge
KEVIN S. CHANG

## RETURN

| RECEIVED | DATE | LOCATION |
|---|---|---|
| | | |

*EXECUTED BY ARREST OF THE ABOVE--NAMED DEFENDANT.*

| | DATE | LOCATION |
|---|---|---|
| | | |

Name _____ Title _____ District _____
Date _____ Signature _____

DISMISSED
Date: APR 3 0 2008

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 05 March, 2003 while exercising my duties as a law enforcement officer in the District of Honolulu

I was enroute to a Domestic Violence situation on Portuma Loop when the Desk Sergeant radioed that the subject had fled the house in a silver in color Mercury Mountaineer. As I approached the Fort entrance of AMR I observed the silver in color Mountaineer turning right to go on highway 78. I then followed the vehicle pulled up next to the driver side and asked the driver if his last name was Gordon and if he lived on Gardenia Loop. The driver stated yes at which time I asked him to go and return to the Fort entrance of AMR. The driver complied. Upon arrival at the Fort gate the driver of the vehicle exited the vehicle then he stepped out of his vehicle I observed Samuel T. Gordon get out of the vehicle at the drivers seat. I then explained to him that he was going to be detained until we could find out more details. While talking to me I smelled an strong odor of alcohol coming from SGT Gordon's mouth. SGT Gordon subsequently stated he has been drinking. Subjects BAC transpired and advised of his rights. Subjects BAC level was a .113%

☒ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 05 March 2003                           [signature]
                  Date                           Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____                      _____
              Date                              U.S. Magistrate Judge

DD FORM 1805 (BACK), SEP 1998

---

## United States District Court
### Violation Notice

Loc Code: H-11
Violation No: A1081377
Print Officer Name: Jones, Cara T.
Officer No: J-0226

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 05Mar03 / 2350 HRS
Offense Charged: HRS 291E-61(a)(3)
Place of Offense: Aliamanu Drive Honolulu, HI 96818
Offense Description: Operating a vehicle with .08 or more grams of alcohol

Defendant's Last Name: Gordon
First Name: Samuel   M.I.: T.
Street Address: 1745-C Gardenia Lp.
City: Honolulu   State: HI   Zip Code: 96818   Date of Birth: 05/11/79
Driver's License No: 05348993G   D.L. State: GA   Social Security No: 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

VEHICLE DESCRIPTION
Vehicle Tag No: JSV742   Tag State: HI   Year: 02   Make: Mercury   Color: SILVR

YOUR COURT DATE
Date: MC   Time: MC

A ☒ YOU MUST APPEAR IN COURT  SEE INSTRUCTIONS
B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS SEE INSTRUCTIONS
☐ I wish to terminate this matter by paying the collateral shown below, enclosed
☐ I plead not guilty and promise to appear as required

Court Address: Bldg 300 Ala Moana Blvd Rm 303-C Honolulu, HI 96850

Collateral (Fine): MC

A1081377

JUN 10 2003
CR03 00289
ENTERED

DD FORM 1805, SEP 1998   Original - CVB Copy   For payment by credit card, SEE INSTRUCTIONS   Previous edition is obsolete